IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LINFO IP, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**LOREX CORPORATION,**<br>    Defendant | Civil Action No. 6:23-cv-00443-ADA-DTG<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, Linfo IP, LLC, and Defendant, Lorex Corporation, hereby jointly stipulate the dismissal of this action for all of Plaintiff's claims. The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent; and all of Defendant's counterclaims shall be dismissed WITHOUT PREJUDICE. The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  October 21, 2024

                                            Respectfully submitted,

                                            */s/ William P. Ramey, III*
                                            William P. Ramey, III
                                            Texas Bar No. 24027643
                                            **Ramey LLP**
                                            5020 Montrose Blvd., Suite 800
                                            Houston, Texas 77006
                                            (713) 426-3923
                                            wramey@rameyfirm.com

                                            ***Attorneys for Linfo IP, LLC***

1

**FISH & RICHARDSON P.C.**

*/s/ Alexander H. Martin*
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Alexander H. Martin
Texas Bar No. 24091828
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
martin@fr.com

*Attorneys for Defendant Lorex Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that October 21, 2024, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III